| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| JOHNNIE M. COOPER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:12-CV-358 |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ORDER ADOPTING**
**REPORT AND RECOMMENDATION ON ATTORNEY FEES**

The Honorable Keith F. Giblin, United States Magistrate Judge, submitted a report recommending that the Court grant the plaintiff's motion for attorney fees under the Equal Access to Justice Act. No party has filed objections to the magistrate judge's report. The Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge (#26) is **ADOPTED.** The Court further **ORDERS** that the motion for attorney fees (#24) is **GRANTED**. The Commissioner of Social Security is directed to pay plaintiff Johnnie Cooper an attorney fee under the Equal Access to Justice Act in the amount of $6,823.87 as recommended in Judge Giblin's report. It is finally **ORDERED** that the Commissioner mail this award to the plaintiff in care of her attorney, Howard Olinsky, at the attorney's office address. This award is subject to any beneficial, contractual and/or assignment-based interests held by counsel.

SIGNED at Beaumont, Texas, this 9th day of December, 2014.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE